UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Case No. 17-35849-cgm

Victor Anthony Iannuzzi                                        Chapter 13
                    Debtor

_____

# ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Seterus, Inc.

**Property Address**: 15 Shagbark Street, Middletown, NY 10941

**Last Four Digits of Account Number of Loan**: 1046   Legacy loan # 3045

**File Date of Loss Mitigation request**: 05/19/17

**Date of Entry of Loss Mitigation Order**: 07/31/17

**Date of Entry of Order Approving Settlement** (*if any*):

**Other Requests for Loss Mitigation in this Case**:

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

- ☐ Loan modification
- ☐ Short sale
- ☐ Surrender of Property
- ☐ X No Agreement has been reached
- ☐ Other
- ☐ Other: _____

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: September 26, 2018**
   **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**